**Order filed March 28, 2012**



In The
# Fourteenth Court of Appeals

_____

### NO. 14-10-00438-CR
_____

**CLARENCE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1163776**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #1 & #73.**

The clerk of the 228th District Court is directed to deliver to the Clerk of this court the original of State's exhibits #1 & #73, on or before **April 5, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #1 & #73, to the clerk of the 228th District Court.

PER CURIAM